IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 4:23-CV-00041-M

| | |
|---|---|
| DARRON ANTONIO CARMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE TOWN OF WINTERVILLE, ) | **NOTICE OF APPEARANCE** |
| DONNIE GREENE and EMMANUEL ) | |
| ARMAOS, in their individual and official ) | |
| capacities, ) | |
| ) | |
| Defendants. ) | |

The undersigned attorney, Katherine Barber-Jones, hereby gives notice of appearance as counsel of record for the Defendants in their individual and official capacity in the above-captioned case. It is respectfully requested that all future documents, including but not limited to pleadings, notices, motions and discovery, be served upon the undersigned as counsel for the Defendants.

This the 5th day of June, 2023.

**HARTZOG LAW GROUP**

*/s/ Katherine Barber-Jones*
KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
2626 Glenwood Ave., Ste. 305
Raleigh, NC 27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that this day the foregoing *Notice of Appearance* was served on counsel for all parties in this case by filing it with the Court's ECF system.

This the 5th day of June, 2023.

**HARTZOG LAW GROUP**

*/s/ Katherine Barber-Jones*
KATHERINE BARBER-JONES
N.C. State Bar No. 44197
E-mail: kbarber-jones@hartzoglawgroup.com
2626 Glenwood Ave., Ste. 305
Raleigh, NC 27608
Telephone: (919) 670-0338
Facsimile: (919) 714-4635