IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:23-CV-00041-M-RN

DARRON ANTONIO CARMON,

    Plaintiff,

v.

TOWN OF WINTERVILLE, DONNIE GREENE, EMMANUEL ARMAOS, and JOHN DEREK ENNIS, in their individual and official capacities,

    Defendants.

ORDER

This matter comes before the court on Plaintiff's Consent Motion for Dismissal with Prejudice. [DE 68]. Plaintiff advises that Defendant Emmanuel Armaos ("Armaos") died on July 4, 2024, and that "[a]ll remaining parties, their attorneys and representatives negotiated the full and final settlement of all claims, including those made against Armaos, at a mediated settlement conference held on October 1, 2024." *Id.* Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and for good cause shown, the motion is GRANTED. All claims brought by Plaintiff against the defendants are DISMISSED WITH PREJUDICE. Each party shall bear their own costs and fees. The Clerk is DIRECTED to close the case.

SO ORDERED this 19th day of December, 2024.

                                                                                     RICHARD E. MYERS II
                                                                                    CHIEF UNITED STATES DISTRICT JUDGE